AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

L. SEVILLE PARKS,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:04-cv-00286-PMP-RAM**

STATE OF NEVADA, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the relief requested in Ground Two of Petitioner L. Seville Parks' Petition for Writ of Habeas Corpus is DENIED, and Park's Petition (Doc. #4) is hereby DISMISSED. Judgment in favor of Respondents and against Petitioner Parks.


  March 7, 2008                              **LANCE S. WILSON**
                                                  Clerk

                                                /s/ Kalani Lizares
                                                  Deputy Clerk